# EXHIBIT 1


OKLAHOMA State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| CHARLES ED LAIN,<br>    Plaintiff,<br>v.<br>Blue Cross And Blue Shield Of Oklahoma,<br>A DOMESTIC UNINCORPORATED ASSOCIATION,<br>AND Health Care Service Corporation, A FOREIGN<br>MUTUAL LEGAL RESERVE COMPANY AND<br>Family Practice Associates Of Ardmore LLC,<br>    Defendant. | No. CJ-2021-2329<br>(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)<br><br>Filed: 05/28/2021<br><br>Judge: Timmons, Aletia Haynes |

## PARTIES

Blue Cross And Blue Shield Of Oklahoma, Defendant
Family Practice Associates Of Ardmore LLC, Defendant
Health Care Service Corporation, Defendant
LAIN, CHARLES ED, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| MASTERS, PAIGE A (Bar #31142)<br>CROWE & DUNLEVY<br>A PROFESSIONAL CORPORATION BRANIFF BUILDING<br>324 N. ROBINSON AVE. SUITE 100<br>OKC, OK 73102 | Blue Cross And Blue Shield Of Oklahoma, |
| MEEK, JUSTIN D (Bar #21294)<br>DEWITT PARUOLO & MEEK<br>P.O. BOX 138800<br>OKLAHOMA CITY, OK 73113 | LAIN, CHARLES ED |

## EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**  Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed By: LAIN, CHARLES ED
Filed Date: 05/28/2021

| Party Name | Disposition Information |
|---|---|
|  | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-28-2021 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 05-28-2021 | CONTRACT | BREACH OF AGREEMENT - CONTRACT | | | |
| 05-28-2021 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 05-28-2021 | PFE1 | PETITION | | | $ 163.00 |
| 05-28-2021 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 05-28-2021 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 05-28-2021 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 05-28-2021 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 05-28-2021 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 05-28-2021 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 05-28-2021 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 05-28-2021 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 05-28-2021 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 05-28-2021 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 05-28-2021 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 05-28-2021 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | $ 10.00 |
| 05-28-2021 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 05-28-2021 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 05-28-2021 | SMF | SUMMONS FEE (CLERKS FEE) X 2 | | | $ 20.00 |
| 05-28-2021 | SMIP | SUMMONS ISSUED - PRIVATE PROCESS SERVER X 2 | | | |
| 05-28-2021 | P | PETITION<br>Document Available (#1049583835) 🗎TIFF  📄PDF | | | |
| 05-28-2021 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TIMMONS, ALETIA HAYNES TO THIS CASE. | | | |
| 05-28-2021 | ACCOUNT | RECEIPT # 2021-5007832 ON 05/28/2021.<br>PAYOR: DEWITT PARUOLO & MEEK PLLC TOTAL AMOUNT PAID: $ 262.14.<br>LINE ITEMS:<br>CJ-2021-2329: $183.00 ON AC01 CLERK FEES.<br>CJ-2021-2329: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2021-2329: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2021-2329: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2021-2329: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2021-2329: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2021-2329: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2021-2329: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2021-2329: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2021-2329: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2021-2329: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.<br>CJ-2021-2329: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | | | |
| 06-08-2021 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 10.00 |
| 06-08-2021 | ACCOUNT | RECEIPT # 2021-5013280 ON 06/08/2021.<br>PAYOR: DEWITT, PARUOLO & MEEK, PLLC TOTAL AMOUNT PAID: $ 10.00.<br>LINE ITEMS:<br>CJ-2021-2329: $10.00 ON AC01 CLERK FEES. | | | |
| 06-21-2021 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 10.00 |
| 06-21-2021 | P | PETITION<br>Document Available (#1049870584) 🗎TIFF  📄PDF | | | |
| 06-21-2021 | SPAPP | DEFENDANT'S SPECIAL APPEARANCE ENTRY OF APPEARANCE AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S PETITION<br>Document Available (#1049883120) 🗎TIFF  📄PDF | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-21-2021 | ACCOUNT | RECEIPT # 2021-5020314 ON 06/21/2021.<br>PAYOR: DEWITT, PARUOLO & MEEK, PLLC TOTAL AMOUNT PAID: $ 10.00.<br>LINE ITEMS:<br>CJ-2021-2329: $10.00 ON AC01 CLERK FEES. | | | |
| 06-28-2021 | O | ORDER<br>Document Available (#1049876210) 📄TIFF  📄PDF | | | |