# EXHIBIT 4



FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUN 21 2021

RICK WARREN
COURT CLERK
112 _____

### IN THE DISTRICT COURT OF OKLAHOMA COUNTY
### STATE OF OKLAHOMA

| | |
|---|---|
| CHARLES ED LAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CJ-2021-2329 |
| ) | |
| BLUE CROSS AND BLUE SHIELD OF ) | JUDGE TIMMONS |
| OKLAHOMA, a domestic unincorporated ) | |
| association, and HEALTH CARE SERVICE ) | |
| CORPORATION, a foreign mutual legal ) | |
| reserve company, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S SPECIAL ENTRY OF APPEARANCE AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S PETITION

Defendant Blue Cross and Blue Shield of Oklahoma ("BCBSOK" or "Defendant"), an unincorporated division of Health Care Service Corporation (incorrectly named as two separate entities in the above-captioned matter), through counsel Kevin D. Gordon and Paige A. Masters of the law firm of Crowe & Dunlevy, appears specially without waiver of any procedural rights, objections, or defenses, and only for the purpose of seeking additional time to respond to Plaintiff's Petition. In support of this unopposed motion, Defendant states as follows:

1. Plaintiff Charles Lain ("Plaintiff") filed his Petition on May 28, 2021.

2. Defendant waived service of process on June 8, 2021. Therefore, under 12 O.S. § 2012(A)(1)(a), the current deadline to answer or otherwise respond to Plaintiff's Petition is June 28, 2021.

3. BCBSOK is requesting an extension of time up to and including July 24, 2021 to allow time to fully investigate Plaintiff's claims and to properly respond to the allegations made in Plaintiff's Petition.

4. BCBSOK has made no other requests for extension of time in this case, and there are no scheduled deadlines that would be adversely affected by the granting of the requested extension.

5. Counsel for BCBSOK has conferred with Plaintiff's counsel and has been advised that Plaintiff does not object to the granting of this extension.

6. This request is not made for the purpose of delay, but to ensure Defendant has time to fully investigate and respond to Plaintiff's Petition.

7. BCBSOK is not making a general appearance in this case, and this Motion is not a "reservation of time" under 12 O.S. § 2012(A)(1)(b). BCBSOK reserves all objections, including objections to personal jurisdiction, venue, insufficiency of process, insufficiency of service of process, failure to state a claim, and lack of capacity to sue. In addition, the United States District Court has original jurisdiction over this action under 28 U.S.C. § 1332 because of diversity of citizenship and sufficiency of the amount in controversy. Thus, BCBSOK reserves its right to remove the case to federal court.

WHEREFORE, Defendant BCBSOK respectfully requests that its deadline to respond to Plaintiff's Petition be extended until July 24, 2021. A proposed form of order is submitted herewith.

Respectfully submitted,

*/s/ Paige A. Masters*
Kevin D. Gordon, OBA #10826
Paige Masters, OBA #31142

–Of the Firm–

**CROWE & DUNLEVY**
A Professional Corporation

2

Braniff Building
324 N. Robinson Ave.
Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
kevin.gordon@crowedunlevy.com
paige.masters@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT BLUE CROSS AND BLUE SHIELD OF OKLAHOMA**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 21st day of June, 2021, a true and correct copy of the above and foregoing document was mailed by first class mail, postage prepaid to:

Justin D. Meek
Thomas A. Paruolo
Kevin Cunningham
**DEWITT PARUOLO & MEEK**
3540 S. Boulevard, Suite 300
Edmond, OK 73013

**ATTORNEY FOR PLAINTIFF**

*/s/ Paige A. Masters*
Paige A. Masters

3