# EXHIBIT 5



FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUN 2 8 2021

RICK WARREN
COURT CLERK
112 _____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| CHARLES ED LAIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLUE CROSS AND BLUE SHIELD OF )<br>OKLAHOMA, a domestic unincorporated )<br>association, and HEALTH CARE SERVICE )<br>CORPORATION, a foreign mutual legal )<br>reserve company, )<br>)<br>Defendants. ) | Case No. CJ-2021-2329<br><br>JUDGE TIMMONS |

## ORDER

Before the Court is Defendant's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Petition. Upon review, noting that Plaintiff has no objection, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that Defendant has up to and including July 24, 2021, to answer or otherwise respond to Plaintiff's Petition.

IT IS SO ORDERED this 28th day of June, 2021.

_____
JUDGE OF THE DISTRICT COURT

PREPARED BY:

_____
Kevin D. Gordon, OBA #10826
Paige Masters, OBA #31142

–Of the Firm–

**CROWE & DUNLEVY**
A Professional Corporation
Braniff Building
324 N. Robinson Ave.

Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
kevin.gordon@crowedunlevy.com
paige.masters@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT BLUE CROSS AND BLUE SHIELD OF OKLAHOMA**