# EXHIBIT 6

| | |
|---|---|
| **From:** | Justin Meek <jmeek@46legal.com> |
| **Sent:** | Tuesday, June 8, 2021 12:08 PM |
| **To:** | Wyrick, Dianna C. |
| **Cc:** | Deegan, Robert C.; Justin Meek |
| **Subject:** | RE: Charles Lain |

EXTERNAL E-MAIL - From jmeek@46legal.com

Dianna,

Thanks for the call. Please enjoy this special time with your twins. I agree to the extension memorialized below. I look forward to working with you. Please do not hesitate to call if you need anything else.

Thanks,

Justin

*Justin D. Meek*



DeWITT
PARUOLO
MEEK
ATTORNEYS

3540 S. Boulevard, Suite 300
Edmond, OK  73013
*mailing address:*
P.O. Box 138800
Oklahoma City, Oklahoma  73113

**Telephone:  (405) 705-3600**
**Direct Line: (405) 705-3613**
**Facsimile:  (405) 705-2573**

This e-mail is sent by a law firm and may contain privileged or confidential information. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

**From:** Wyrick, Dianna C. <DWyrick@ReedSmith.com>
**Sent:** Tuesday, June 8, 2021 11:49 AM
**To:** Justin Meek <jmeek@46legal.com>
**Cc:** Deegan, Robert C. <RDeegan@ReedSmith.com>
**Subject:** RE: Charles Lain

1

Justin,

This will confirm our discussion today in which we agreed that I would accept service on behalf of HCSC with today as the service date and in exchange you agreed to give us an extension until July 24 to respond to the petition. As I told you, I have two graduations and am throwing a graduation party in the next few weeks, not to mention the stress of sending two kids off to college in just two short months, so I very much appreciate this professional courtesy. Thank you and enjoy your vacation,

Dianna


**Dianna Calaboyias Wyrick**
Dwyrick@reedsmith.com
+1 412 288 7238

Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
T: +1 412 288 3131
C: +1 412 480 4752
reedsmith.com

---

**From:** Justin Meek <jmeek@46legal.com>
**Sent:** Monday, June 7, 2021 8:35 PM
**To:** Wyrick, Dianna C. <DWyrick@ReedSmith.com>
**Cc:** Justin Meek <jmeek@46legal.com>
**Subject:** Charles Lain

EXTERNAL E-MAIL - From jmeek@46legal.com

Dianna,

I received a message that you called today. I am sorry I missed you. I will be around most of the day tomorrow if you would like to connect then. You can call me directly at the number below. I look forward to talking with you.

Thanks,

Justin

*Justin D. Meek*


DeWITT
PARUOLO
MEEK
ATTORNEYS

3540 S. Boulevard, Suite 300
Edmond, OK 73013
*mailing address:*

2

P.O. Box 138800
Oklahoma City, Oklahoma 73113

**Telephone: (405) 705-3600**
**Direct Line: (405) 705-3613**
**Facsimile: (405) 705-2573**

This e-mail is sent by a law firm and may contain privileged or confidential information. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01